**KNOX CREEK COAL COMPANY; Old Republic Insurance Company, Petitioners,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Verner Lester, Respondents.**

No. 01–2338.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided June 14, 2002.

Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig, Washington,

D.C., for Petitioners. Eugene Scalia, Solicitor of Labor, Donald S. Shire, Associate Solicitor, Patricia M. Nece, for Appellate Litigation, Helen H. Cox, United States Department of Labor, Washington, D.C.; Verner Lester, Hurley, Virginia, for Respondents.

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Petitioners seek review of the Benefits Review Board's decision and order affirming the administrative law judge's award of medical payments pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp.2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Knox Creek Coal Co. v. DOWCP,* No. 00–720–BLA (BRB Apr. 20 & Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*